UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 5:15-mj-00050-JLT

U.S.A.
v.

VALENCIA COLLINS

ORDER TO PAY

FILED
SEP 0 6 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ __815.00__   (✓) Penalty ASSESSMENT of $ __10.00__

(✓) PROCESSING Fee of $ __25.00__   for a **TOTAL AMOUNT** of $ __850.00__ ,

paid within _____ days.   OR payments of $ __200.00__ per month, commencing

__10/1/2016__ and due on the __1st__ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

(✓) REVIEW/Post Sentencing HEARING DATE: __2/7/2017__ at __9:00__ (a.m.)/ p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / ~~supervised~~ for: 1 year unsupervised probation

---

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C.** and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

[✓] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721
559-499-5600

[ ] (Traffic School payments / certificates are mailed to)
U.S. Courts - CVB
PO Box 780549
San Antonio, TX 78278-0549
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __9/6/2016__     /s/ Jennifer L. Thurston
                        U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007